1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   RICKY PATU,                                    CASE NO. C15-1049 MJP

11                          Plaintiff,              ORDER ADOPTING REPORT AND
                                                    RECOMMENDATION
12          v.

13   LONN TURNER,

14                          Defendant.

15

16          THIS MATTER comes before the Court on the Report and Recommendation ("R&R") of

17   the Honorable Magistrate Judge James P. Donohue recommending dismissal of Plaintiff's

18   Amended Complaint and this action without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for

19   failure to state a claim.  (Dkt. No. 8.)

20          The Report and Recommendation to dismiss without prejudice is based on the fact that

21   Plaintiff's Amended Complaint does not adequately allege any violation of his Eighth

22   Amendment rights.  (Dkt. No. 8.)  Although Plaintiff has not filed objections to Judge Donohue's

23   R&R, he has filed a Second Amended Complaint, (Dkt. No. 9), which, among other things, fails

24

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1

1    to allege a wrongdoing that is objectively "sufficiently serious" to establish a constitutional

2    violation.  Farmer v. Brennan, 511 U.S. 825, 834 (1994).

3          The Court, therefore, ADOPTS the Report and Recommendation.  Plaintiff's Amended

4    Complaint (Dkt. No. 7) and/or Second Amended Complaint (Dkt. No. 9) and this action are

5    DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim.

6          The clerk is ordered to provide copies of this Order to Plaintiff.

7          Dated this 8th day of October, 2015.

8

9

10         Marsha J. Pechman
           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION- 2